No. 297. RITTERSBACHER ET AL. *v.* BOARD OF SUPERVISORS OF LOS ANGELES COUNTY ET AL. October 8, 1934. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Daniel E. Farr* for petitioners. *Mr. Everett W. Mattoon* for respondents.

No. 298. AMERICAN TITLE & TRUST CO. *v.* GULF REFINING CO. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Branch P. Kerfoot, George S. Hobart,* and *Duane E. Minard* for petitioner. *Mr. Frederick H. Wood* for respondents.

No. 299. CORD *v.* McFIE, RECEIVER. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. S. W. Odell* for petitioner. *Mr. Jefferson P. Chandler* for respondent.

No. 300. CAMPBELL *v.* CHASE NATIONAL BANK. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frederick B. Campbell* and *Lounsbury D. Bates* for petitioner. *Mr. H. G. Pickering* for respondent.

No. 301. CAMPBELL *v.* MEDALIE, DISTRICT ATTORNEY. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frederick B. Campbell* and *Lounsbury D. Bates* for petitioner. *Solicitor General Biggs* and *Mr. Harry S. Ridgely* for respondent.